JS-6

**Gordon & Rees LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA GARIBYAN,<br><br>          Plaintiff,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY; BANK OF AMERICA CORPORATION LONG TERM DISABILITY PLAN, and DOES 1 to 10, Inclusive,<br><br>          Defendants. | Case No. 2:15-cv-8033-PA (MRWx)<br>*Judge: Percy Anderson*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 13, 2015 |

The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorney's fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  April 30, 2016                          _____
                                                                Percy Anderson
                                                                UNITED STATES DISTRICT JUDGE

AETNA/1111099/27641322v.1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE